# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-03-00750-CV

**Lorie Manis, Dolores Barrett, and Adriana Gonzales/**
**Affiliated Computer Services, Inc., Appellants**

**v.**

**Affiliated Computer Services, Inc./Lorie Manis, Dolores**
**Barrett, and Adriana Gonzales, Appellees**

### FROM THE DISTRICT COURT OF TRAVIS COUNTY, 353RD JUDICIAL DISTRICT NO. GN202410, HONORABLE PAUL DAVIS, JUDGE PRESIDING

## M E M O R A N D U M   O P I N I O N

Appellants filed an Agreed Motion For Dismissal of Appeal and Remand to Trial Court to Enter Agreed Dismissal advising that they have settled all disputes among them and no longer desire to pursue this interlocutory appeal. Appellants' motion seeks to have the appeal dismissed in this Court and the case remanded to the district court so that any remaining matters may be addressed and the settlement effectuated.

The trial court granted an agreed appeal motion and signed on Order Granting Interlocutory Appeal and Staying District Court Proceedings on December 5, 2003. As the order appealed from is interlocutory in nature, it is not necessary for this Court to order a remand. *See* Tex. R. App. P. 43.2. We conclude that a dismissal of this appeal will accomplish the parties' goal. The court below may then effectuate the remainder of the parties' agreement.

Therefore, on agreed motion, the appeal is dismissed.  Tex. R. App. P. 42.1(a)(1), (2).


_____

Jan P. Patterson, Justice

Before Chief Justice Law, Justices Patterson and Puryear

Dismissed on Appellants' Motion

Filed:   March 25, 2004